Before STATE INDUSTRIAL BOARD, Respondent. GEORGE REID, Respondent, v. CENTRAL HUDSON GAS AND ELECTRIC COMPANY and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, with costs

against said Board to the appellants to abide the event, on the ground that the proof does not disclose that the claimant was totally and permanently disabled, and in view of the fact that his earnings are greater than at the time of the accident. All concur.